UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
DANA GULLEDGE-SMITH, BARBARA :
HALEY, LEISA HALL, MARY HATCHER, :
TRACY HATHCOCK, ROBERTA HAWKINS, :
SHIRLEY HAWKINS, PHYLLIS HAZEL, RITA :
HEHRER, JEAN HENDERSON, CARMELLO :
HICKMAN, JULIA HICKS, DANIEL J. :
HIMMELFARB, MARGARET HOELSCHER, :
GAIL HOGAN, GREGORY HOLDRIDGE, :
SUSAN HORTON, DELORES HUFF, BRENDA :
HUGHES, APRIL IVY, :
                                                                                                  :
     Plaintiffs. : Civil Action
v. : No. 04-11282-GAO
                                                                                                  :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
                                                     :
     Defendants. :
------------------------------------- x

## NOTICE OF APPEARANCE

       Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 30, 2004                        Respectfully submitted,
     Boston, Massachusetts

                                                   /s/Matthew J. Matule
                                                   Matthew J. Matule (BBO #632075)
                                                   SKADDEN, ARPS, SLATE,
Of Counsel:                                     MEAGHER & FLOM LLP
Barbara Wrubel                           One Beacon Street
Katherine Armstrong                  Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,           (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                             Counsel for Defendant
                                                   Boehringer Ingelheim Pharmaceuticals, Inc.