UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DANA GULLEDGE-SMITH, BARBARA          :
HALEY, LEISA HALL, MARY HATCHER,      :
TRACY HATHCOCK, ROBERTA HAWKINS,      :
SHIRLEY HAWKINS, PHYLLIS HAZEL, RITA  :
HEHRER, JEAN HENDERSON, CARMELLO      :
HICKMAN, JULIA HICKS, DANIEL J.       :
HIMMELFARB, MARGARET HOELSCHER,       :
GAIL HOGAN, GREGORY HOLDRIDGE,        :
SUSAN HORTON, DELORES HUFF, BRENDA    :
HUGHES, APRIL IVY,                    :
                                      :
       Plaintiffs.                    :   Civil Action
v.                                    :   No. 04-11282-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
       Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: June 30, 2004                                   Respectfully submitted,
      Boston, Massachusetts

                                        /s/Matthew J. Matule
                                        Matthew J. Matule (BBO #632075)
                                        SKADDEN, ARPS, SLATE,
Of Counsel:                                              MEAGHER & FLOM LLP
Barbara Wrubel                                         One Beacon Street
Katherine Armstrong                                    Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                                  (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                         Counsel for Defendant
                                                          Boehringer Ingelheim Pharmaceuticals, Inc.