UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------x
DANA GULLEDGE-SMITH, BARBARA         :
HALEY, LEISA HALL, MARY HATCHER,
TRACY HATHCOCK, ROBERTA HAWKINS,     :
SHIRLEY HAWKINS, PHYLLIS HAZEL, RITA
HEHRER, JEAN HENDERSON, CARMELLO     :
HICKMAN, JULIA HICKS, DANIEL J.
HIMMELFARB, MARGARET HOELSCHER,      :
GAIL HOGAN, GREGORY HOLDRIDGE,
SUSAN HORTON, DELORES HUFF, BRENDA   :
HUGHES, APRIL IVY,
                                     :
       Plaintiffs,                      Civil Action
v.                                   :  No. 04-11282-GAO
                                     :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME     :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,     :
                                     :
       Defendants.
------------------------------------x
```

## **NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  September 15, 2004<br>         Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |